IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: April 15, 2025 |
| ENMANUEL FERNANDES-CALIXTO,<br>a/k/a "Emanuel Fernandes,"<br>a/k/a "Emanuel Bartolomew" | :<br>:<br>: | VIOLATION:<br>18 U.S.C. § 111(a)(1) (forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with an officer) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 2, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ENMANUEL FERNANDES-CALIXTO,**
**a/k/a "Emanuel Fernandes,"**
**a/k/a "Emanuel Bartolomew,"**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, United States Immigration and Customs Enforcement officer B.P., while B.P. was engaged in and on account of the performance of his official duties, and such acts involved physical contact with B.P.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

**DAVID METCALF**
**United States Attorney**

No._____

### UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ENMANUEL FERNANDES-CALIXTO,
a/k/a "EMANUEL FERNANDES,"
a/k/a "EMANUEL BARTOLOMEW"

### INDICTMENT

Count
18 U.S.C. § 111(a)(1) (forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with an officer of the United States, while the officer was engaged in the performance of his official duties)



Bail, $_____